# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

'11 AUG 22 PM 12: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR1974-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| CESAR EDUARDO RAMIREZ PAVON, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

_____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

___ 21 USC 952 and 960 _____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   August 22, 2011

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE